UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Kelly DuFord Williams<br>Attorney at Law, Bar No. 12657 | Case No. 2:22-ms-00065-MMD<br><br>ORDER OF DISBARMENT |

    Attorney Kelly DuFord Williams, Bar No. 12657, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed April 26, 2024. On May 7, 2024, this Court issued and entered an initial Order to Show Cause ("OSC") (ECF No. 10) mailed via certified mail. However, the OSC was returned from the United States Postal Service marked "Return to Sender- Not Deliverable as Addressed -Unable to Forward". Regardless, the OSC provided Ms. Williams with 30 days to respond with reasons why she should not be disbarred from the practice of law in this Court. No response has been received from Ms. Williams. Failure to respond within thirty 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

    It is therefore ordered that Kelly DuFord Williams, Bar No. 12657, is hereby disbarred from practice in United States District Court for the District of Nevada.

    DATED THIS 13th Day of June 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 17th day of June 2024, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Kelly DuFord Williams, Esq.
> 750 B Street, Suite 2250
> San Diego, CA 92101

Certified Mail No.: 91 7199 9991 7038 8827 2193

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada